# Exhibit B

| | |
|---|---|
| **From:** | Uriel Rivkin <urielrivkin@gmail.com> |
| **Sent:** | Friday, October 30, 2020 6:49 AM |
| **To:** | lgage@vectormedia.com |
| **Subject:** | Ad for HART |
| **Attachments:** | Young Israel Ad - vector v3.pdf |

Dear Ms. Gage:

On behalf of Young Israel of Tampa, I would like to submit the attached ad to run in the HART transit system in late November through December to advertise our annual "Chanukah on Ice" event. With a growing Orthodox community and the 275LX and 400 bus lines running near the ice-skating rink, it would be great to promote our Chanukah celebration via the bus system. The ad is attached. Please let me know what else I can provide and what the next steps are.

Thank you,

Rabbi Uriel Rivkin
Young Israel of Tampa
813-832-3018

# Young Israel of Tampa
## presents 14th Annual



Featuring lighting of a sculpted Grand Ice Menorah and ice skating to Jewish music around the flaming menorah

**Thursday, Dec. 17**
Eighth Night of Chanukah
**5:45 - 7:45 pm**
**Admission of $5.00**
includes skate rental

**Florida Hospital Center Ice**
3173 Cypress Ridge Blvd.
Wesley Chapel
813-803-7372

Kosher Food Stand
Arts & Crafts
Latkes &
a Special Raffle

To RSVP please call
813-983-9770 or 813-832-3018
www.youngisraeltampa.org