# Exhibit C

| | |
|---|---|
| **From:** | Laurie Gage <lgage@vectormedia.com> |
| **Sent:** | Monday, November 2, 2020 2:54 PM |
| **To:** | Uriel Rivkin; Laurie Gage |
| **Subject:** | Re: Ad for HART |

Hello,

Thank you for writing, unfortunately we cannot assist.  HART does not allow religious affiliation advertising, as well as banning adult, alcohol, tobacco, and political ads.

Thank you again for your interest,



**LAURIE GAGE**

MARKET MANAGER, TAMPA, FL

c: (813) 361-2429
o: (813) 284-0822
ONSIP x 223

lgage@vectormedia.com



On Fri, Oct 30, 2020 at 6:49 AM Uriel Rivkin <urielrivkin@gmail.com> wrote:
> Dear Ms. Gage:
>
> On behalf of Young Israel of Tampa, I would like to submit the attached ad to run in the HART transit system in late November through December to advertise our annual "Chanukah on Ice" event. With a growing Orthodox community and the 275LX and 400 bus lines running near the ice-skating rink, it would be great to promote our Chanukah celebration via the bus system. The ad is attached. Please let me know what else I can provide and what the next steps are.
>
>
> Thank you,
>
>
> Rabbi Uriel Rivkin
> Young Israel of Tampa
> 813-832-3018