# Exhibit H

**From:** Uriel Rivkin <urielrivkin@gmail.com>
**Sent:** Monday, December 14, 2020 4:16 PM
**To:** Tyler Rowland
**Subject:** Re: HART - Young Israel Ad

Dear Mr. Rowland,

Thank you for your response. You have proposed changing the ad by taking out the ad's main image (a menorah) and by deleting the reference to the lighting of the Grand Ice Menorah—a key feature of our annual Chanukah on Ice celebration. As I'm sure you know, the lighting of the menorah is a central aspect of the Orthodox Jewish celebration of Chanukah. Thus, your changes are both offensive and not possible to make. Please let me know if HART will accept the ad as originally designed.

On Mon, Dec 14, 2020, 2:23 PM Tyler Rowland <RowlandT@gohart.org> wrote:

> Good afternoon,
>
> We have not heard back from you on the previous emails with the changes to ad. Please let us know on how you would like to proceed.
>
> Thank you,
>
> **Tyler Rowland**
>
> Manager of Communications & Creative Services
>
> HART
> 1201 East 7th Avenue
> Tampa, FL 33605
> Tel: (813) 384-6575
> Fax: 813-384-6284
>
> Rowlandt@gohart.org
>
> http://www.gohart.org

**From:** Tyler Rowland
**Sent:** Thursday, December 10, 2020 2:29 PM
**To:** urielrivkin@gmail.com
**Subject:** RE: HART - Young Israel Ad

Good afternoon Rabbi Rivkin,

Just wanted to follow up on my previous email. Look forward to hearing back from you.

Best,

Tyler

**Tyler Rowland**

Manager of Communications & Creative Services

HART
1201 East 7th Avenue
Tampa, FL 33605
Tel: (813) 384-6575
Fax: 813-384-6284

Rowlandt@gohart.org

http://www.gohart.org



**From:** Tyler Rowland
**Sent:** Tuesday, December 8, 2020 12:03 PM
**To:** urielrivkin@gmail.com
**Subject:** HART - Young Israel Ad

Hello Rabbi Rivkin,

I wanted to reach out to you with our suggested edits to you event's ad the you are interested in on HART. We met yesterday as a team to discuss these edits/changes to ad per our advertising policy. Our ICEO, Ruthie Reyes Burckhard spoke to you yesterday as well to let you know we were discussing you ad. Please take a moment to review the notes on the attached PDF of you ad that contains the edits and let us know if these changes can be made.

Look forward to hearing back from you,

Regards,

Tyler Rowland

**Tyler Rowland**

Manager of Communications & Creative Services

HART
1201 East 7th Avenue
Tampa, FL 33605

Tel: (813) 384-6575
Fax: 813-384-6284

Rowlandt@gohart.org

http://www.gohart.org

Please note: Hillsborough Transit Authority (HART) is a public agency and all correspondence to or from this Agency is subject to disclosure under Florida's Public Records laws (Florida Statutes, Chapter 119).

Created on October 3, 1979, the Hillsborough Area Regional Transit Authority (HART) is the regional mobility provider in Hillsborough County, serving a population of more than 1.4 million residents in the cities of Tampa, Temple Terrace, and parts of unincorporated Hillsborough County, the fourth most populated county in Florida. Its total service area covers 1,000 square miles which is almost the size of Rhode Island. HART operates fixed-route local and express bus service, door-to-door paratransit service, flex-route service, and manages the TECO Line Streetcar System. HART's mission is to take people to places that enhance their lives. For more information, visit www.gohart.org, follow HART on Facebook and Twitter, or call (813) 254-4278.

**** Go Green! Please don't print this e-mail unless you really need to. Thanks!***