UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOUNG ISRAEL OF TAMPA, INC.,

    Plaintiff,

v.                                                    Case No. 8:21-cv-294-VMC-CPT

HILLSBOROUGH AREA REGIONAL
TRANSIT AUTHORITY,

    Defendant.
_____/

## **AMENDED FINAL JUDGMENT AND PERMANENT INJUNCTION**

By previous order, the Court granted Plaintiff Young Israel of Tampa Inc.'s motion for summary judgment and denied Defendant Hillsborough Area Regional Transit Authority's motion. (Doc. # 72). Following that order, the parties stipulated to entry of judgment on Young Israel's claim of money damages. In the same stipulation, the claims not addressed in the Court's summary-judgment order were dismissed without prejudice, but may be brought again only if HART successfully appeals the Court's grant of summary judgment or this final judgment. On appeal, the Eleventh Circuit affirmed the Court's order granting summary judgment, although on a narrower basis, and the case was remanded to this Court in order to limit the scope of the permanent injunction. (Doc. # 92). Pursuant to this Court's order, the parties submitted proposed joint language for the amended permanent injunction. (Doc. # 105).

The Court therefore enters the following amended final judgment in favor of Plaintiff Young Israel, and against Defendant HART:

It is **ORDERED, ADJUDGED, and DECREED** that Young Israel shall recover from HART the stipulated amount of $40,000 in money damages, exclusive of costs and attorney's fees. This amount is not subject to the accrual of interest.

Furthermore, HART, its agents and employees, and all those acting in concert with any of them, are **ENJOINED**, on a permanent basis, from rejecting any advertisement on the ground that the advertisement primarily promotes a religious faith or religious organization under Section 4(e) of its Advertising Policy effective as of December 2, 2013.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 4th day of December, 2024.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE